UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ITHACA CAPITAL INVESTMENTS I, S.A., ITHACA
CAPITAL INVESTMENTS II, S.A., and ORESTES
FINTIKLIS,

                            Plaintiffs,

    - against -

TRUMP PANAMA HOTEL MANAGEMENT LLC,
and TRUMP INTERNATIONAL HOTELS
MANAGEMENT, LLC,

                            Defendants.
-------------------------------------------------------------------x

Civil Action No. 1:18-cv-390

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A., and Orestes Fintiklis' ("Plaintiffs") Motion for Preliminary Injunction, dated January 16, 2018, and the accompanying Declaration of Joshua D. Bernstein and the exhibits attached thereto, Plaintiffs, by and through their counsel, will move this Court, the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an order preliminarily enjoining defendants Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC from pursuing claims against Plaintiffs brought in an International Chamber of Commerce arbitration, captioned *Hotel TOC, Inc. (Claimant). v. Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC (Respondents/Third-Party Claimants) v. Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A., Orestes Fintiklis, et al. (Third-Party Respondents)*, ICC Case 23149/MK, and such other relief as this Court deems just and proper.

Dated: New York, New York
January 16, 2018

                    AKERMAN LLP

                    By: */s Joshua D. Bernstein*
                          Joshua D. Bernstein, Esq.
                          Darryl R. Graham, Esq.
                          Kathleen M. Prystowsky, Esq.
                          Vanessa I. Garcia, Esq.
                          666 Fifth Avenue, 20th Floor
                          New York, New York 10103
                          Tel: (212) 880-3800

*Counsel to Plaintiffs Ithaca Capital Investments I, S.A., Ithaca Capital Investments II, S.A., and Orestes Fintiklis*