UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ITHACA CAPITAL INVESTMENTS I, S.A., ITHACA
CAPITAL INVESTMENTS II, S.A., and ORESTES     Civil Action No. 1:18-cv-390
FINTIKLIS,

                       Plaintiffs,
  - against -

TRUMP PANAMA HOTEL MANAGEMENT LLC,
and TRUMP INTERNATIONAL HOTELS
MANAGEMENT, LLC,

                       Defendants.
-------------------------------------------------------------------x

## DECLARATION OF JOSHUA D. BERNSTEIN

Joshua D. Bernstein hereby declares as follows:

1. I am a member in good standing of the bar of this Court. I am a partner at the law firm of Akerman LLP, counsel to Plaintiffs Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A., and Orestes Fintiklis (collectively, "Plaintiffs") in the above-captioned action.

2. I submit this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

3. Attached as Exhibits A through D, respectively, are true and correct copies of the following documents:

    a. The Answer, Counterclaims, Request for Joinder and Third-Party Claims filed on December 4, 2017, as amended on December 5, 2017, by Defendant/Third-Party Claimants Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC (collectively, "Trump") in the International Chamber of Commerce arbitration captioned *Hotel TOC, Inc. (Claimant). v. Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC (Respondents/Third-Party Claimants) v. Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A. and Orestes Fintiklis (Third-Party Respondents)*, ICC Case 23149/MK (the "ICC Arbitration");

    b.    Hotel TOC, Inc.'s Request for Arbitration filed against Trump in the ICC Arbitration, dated October 14, 2017;

    c.    Relevant portions of the Amended and Restated Hotel Management Agreement for Trump Ocean Club International Hotel & Tower among Trump Panama Hotel Management LLC, Newland International Properties Corp., Hotel TOC Inc. and Owners Meeting of the P.H. TOC., dated April 11, 2008, as amended; and

    d.    The Agreement in Connection with a Bulk Sale, dated February 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 16, 2018

    AKERMAN LLP

    By:   */s Joshua D. Bernstein*
        Joshua D. Bernstein, Esq.
        Darryl R. Graham, Esq.
        Kathleen M. Prystowsky, Esq.
        Vanessa I. Garcia, Esq.
        666 Fifth Avenue, 20th Floor
        New York, New York 10103
        Tel: (212) 880-3800

*Counsel to Plaintiffs Ithaca Capital Investments I, S.A., Ithaca Capital Investments II, S.A., and Orestes Fintiklis*