UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/23/18
```

---

ITHACA CAPITAL INVESTMENTS I S.A,
ITHACA CAPTIAL INVESTMENTS II
S.A., and ORESTES FINTIKLIS,

                Plaintiffs,

-against-

TRUMP PANAMA HOTEL
MANAGEMENT LLC and TRUMP
INTERNATIONAL HOTELS
MANAGEMENT LLC,

                Defendants.

**ORDER**

18 Civ. 390 (ER)

---

Ramos, D.J.:

    Plaintiffs Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A., and Orestes Fintiklis moved for a preliminary injunction on January 16, 2018. Having considered Plaintiffs' Motion for a Preliminary Injunction, the papers filed in support of and in opposition to the Motion, and arguments by counsel, the Court, for the reasons stated onto the record on March 22, 2018, which are hereby incorporated into this order, GRANTS Plaintiffs' Motion.

    Effective March 22, 2018, and until further order, Defendants Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC are enjoined from pursuing claims against Plaintiffs brought in the International Chamber of Commerce arbitration captioned *Hotel TOC, Inc. (Claimant) v. Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC (Respondents/Third-Party Claimants) v. Ithaca Capital Investments I S.A., Ithaca Capital Investments II S.A., Orestes Fintiklis, et al. (Third Party Respondents)*, ICC Case 23149/MK.

The Clerk of Court is directed to terminate the motion (Doc. 7).  It is SO ORDERED.

Dated:   March 23, 2018
         New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.