UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ITHACA CAPITAL INVESTMENTS I, S.A., ITHACA
CAPITAL INVESTMENTS II, S.A., and ORESTES
FINTIKLIS,

                             Plaintiffs,

   - against -

TRUMP PANAMA HOTEL MANAGEMENT LLC,
and TRUMP INTERNATIONAL HOTELS
MANAGEMENT, LLC,

                             Defendants.
------------------------------------------------------------------x

Civil Action No. 1:18-cv-390

**NOTICE OF MOTION TO AMEND COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to this Court's minute entry from the May 3, 2019 status conference, and upon the accompanying Memorandum of Law, dated June 3, 2019, the proposed amended complaint, and all prior pleadings and proceedings in this case, Plaintiffs Ithaca Capital Investments I, S.A., Ithaca Capital Investments II, S.A. and Orestes Fintiklis ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, Courtroom 619, New York, New York, 10007, for an order: (i) granting the motion, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, to amend Plaintiffs' Complaint, filed January 16, 2018; and (ii) granting such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to this Court's minute entry from the May 3, 2019 status conference, oppositions, if any, are due on or before July 3, 2019 and replies, if any, are due on or before July 17, 2019.

Dated: New York, New York
June 3, 2019

AKERMAN LLP

By: */s Darryl R. Graham*
Joshua D. Bernstein, Esq.
Darryl R. Graham, Esq.
Kathleen M. Prystowsky, Esq.
666 Fifth Avenue, 20th Floor
New York, New York 10103
Tel: (212) 880-3800

*Counsel to Plaintiffs Ithaca Capital Investments I, S.A., Ithaca Capital Investments II, S.A., and Orestes Fintiklis*