

PRYOR CASHMAN LLP

New York **|** Los Angeles

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806                 www.pryorcashman.com

**Marion R. Harris**

Direct Tel: 212-326-0128
Fax: 212-326-0806
MHarris@PRYORCASHMAN.com

July 16, 2019

**VIA FEDEX & CM/ECF**

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 619
New York, NY 10007

> **Re:** ***Ithaca Capital Investments I, S.A., et al., v. Trump Panama Hotel Management LLC, et ano.*, Case No. 1:18-cv-00390-ER – Request for Oral Argument on Plaintiffs' Motions for Leave to File Amended Complaint and to Dismiss Certain Counterclaims**

Dear Judge Ramos:

We are counsel to defendants Trump International Hotels Management LLC and Trump Panama Hotel Management LLC. We write pursuant to Your Honor's Individual Rules of Practice to request oral argument on plaintiffs' Motion for Leave to File Amended Complaint (ECF No. 75) and Motion for Leave to Dismiss Certain Counterclaims (ECF No. 72).

Respectfully submitted,

**/s/ Marion R. Harris**

Marion R. Harris
*Counsel for Defendants*

cc:      Counsel of record (via CM/ECF)