**akerman**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __9/26/2019__

Darryl R. Graham

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

T: 212 880 3800
F: 212 880 8965

## MEMO ENDORSED

September 24, 2019

> The October 1 pre-motion conference is adjourned to October 10, 2019, at 12:00 PM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __9/26/2019__
> New York, New York

**VIA ECF**

Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *Ithaca Capital Investments I, S.A., et al. v. Trump Panama Hotel Management LLC, et al.*, No. 18 Civ. 390 (ER) – Request for Adjournment of Conference

Dear Judge Ramos:

Pursuant to Section 1(E) of Your Honor's Individual Practices, Plaintiffs/counter-defendants ("Plaintiffs") seek a brief adjournment of the pre-motion conference set for October 1, 2019 at 11:00 a.m.

Due to a scheduling conflict (the undersigned has a conflicting hearing in federal court in Florida), Plaintiffs respectfully request an adjournment of this conference to the morning of October 10, 2019, which Ms. Rivera, the Court's Courtroom Deputy, represented was an available date. Plaintiffs have conferred with Defendants and they have consented to this brief adjournment. This is the first request to adjourn this conference.

Plaintiffs respectfully request that the conference be adjourned to the morning of October 10, 2019. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Darryl R. Graham*

Darryl R. Graham

cc:  All counsel (*via* CM/ECF)

akerman.com
50268697;1