USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ITHACA CAPITAL INVESTMENTS I, S.A.,
ITHACA CAPITAL INVESTMENTS II, S.A., and
ORESTES FINTIKLIS,

         Plaintiffs,

– against –

TRUMP PANAMA HOTEL MANAGEMENT LLC, and TRUMP INTERNATIONAL HOTELS MANAGEMENT LLC,

         Defendants.

**ORDER**

18 Civ. 390 (ER)

---

RAMOS, D.J.

For reasons set forth on the record at a hearing on November 14, 2019, Plaintiffs' letter motion to stay the action for three months is DENIED. The Clerk of the Court is respectfully directed to terminate the letter motion, Doc. 103.

It is SO ORDERED.

Dated: November 15, 2019
      New York, New York

                                             Edgardo Ramos, U.S.D.J.