UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I, S.A., et al.,

                             **Plaintiffs,**                      18-CV-00390 (ER)(SN)

                           -against-                                **ORDER**

**TRUMP PANAMA HOTEL MANAGEMENT LLC,**
et al.,

                             **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 16, 2020, this case was reassigned to me for general pre-trial supervision and to report and recommend on any dispositive motions. The parties are ordered to file a joint status letter no later than one week from today providing the Court a brief statement regarding the claims and defenses, current pre-trial schedule, the status of discovery including any discovery disputes, and whether the parties have had settlement talks or wish to schedule a settlement conference at this time.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      January 21, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2020