```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:___ 1/30/2020 __
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**ITHACA CAPITAL INVESTMENTS I, S.A., et al.,**

                                    **Plaintiffs,**                    **18-CV-00390 (ER)(SN)**

         **-against-**                                                 **ORDER**

**TRUMP PANAMA HOTEL MANAGEMENT LLC,**
**et al.,**

                                    **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        A discovery conference is scheduled for Tuesday, February 11, 2020, at 2:30 p.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to

discuss the issues raised in the parties' January 29, 2020 joint letter. If this date is unavailable for

any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge


DATED:        January 30, 2020
              New York, New York