UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I, S.A., et al.,

                   Plaintiffs,

  -against-

TRUMP PANAMA HOTEL MANAGEMENT LLC,
et al.,

                   Defendants.

-------------------------------------------------------------X

18-CV-00390 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Wednesday, March 11, 2020, at 3:00 P.M. to discuss the discovery disputes raised in the parties' March 6, 2020 letters. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 9, 2020
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020