UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I, S.A., et al.,

                                    **Plaintiffs,**                **18-CV-00390 (ER)(SN)**

  **-against-**                                                  **ORDER**

**TRUMP PANAMA HOTEL MANAGEMENT LLC,**
**et al.,**

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A telephone conference is scheduled for Tuesday, April 28, 2020, at 2:00 P.M. to discuss the discovery disputes raised in the parties' April 20, 2020 letters. At that time, the parties should call the Court's teleconference line at (877) 402-9757 and enter access code 7938632. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 21, 2020
               New York, New York