UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I, S.A., et al.,

                         **Plaintiffs,**

      -against-

TRUMP PANAMA HOTEL MANAGEMENT LLC, et al.,

                         **Defendants.**

----------------------------------------------------------------X

18-CV-00390 (ER)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2020

**SARAH NETBURN, United States Magistrate Judge:**

    By August 10, 2020, the parties are directed to file a joint status letter updating the Court on the status of discovery in this case and identifying any outstanding discovery disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 4, 2020
                New York, New York