USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I S.A., et al.,

                          **Plaintiffs,**          18-CV-00390 (ER)(SN)

      -against-                                  **ORDER**

TRUMP PANAMA HOTEL MANAGEMENT, LLC, et al.,

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties filed a joint letter with the Court requesting a discovery conference for the week of December 6, 2020. Due to the Court's busy schedule, however, the Court is unable to accommodate this request. Accordingly, a telephonic discovery conference is scheduled for December 15, 2020, at 3:45 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. In addition, the parties shall each file a letter not to exceed three pages, detailing any remaining discovery disputes no later than December 14, 2020. If the parties have resolved all disputes by that date they may request that the conference be adjourned.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     December 2, 2020
                New York, New York