UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I S.A., et al.,

                              **Plaintiffs,**

      -against-

**TRUMP PANAMA HOTEL MANAGEMENT, LLC, et al.,**

                              **Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2020

18-CV-00390 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The discovery conference scheduled for December 15, 2020, is adjourned. Additionally, fact discovery is extended to January 15, 2021, as requested in the parties' joint letter submission at ECF No. 167.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 15, 2020
                 New York, New York