UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I S.A., et al.,

                                          Plaintiffs,                          18-CV-00390 (ER)(SN)

                     -against-                                           **ORDER**

TRUMP PANAMA HOTEL MANAGEMENT,
LLC, et al.,

                                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The deadline for fact discovery is extended from April 23, 2021, to May 21, 2021. Expert disclosures under Rule 26(a)(2)(A) are due June 25, 2021. Expert rebuttals are due July 23, 2021. All expert discovery shall be completed by September 11, 2021. Any party wishing to file a motion for summary judgment shall file a pre-motion letter with the Hon. Edgardo Ramos by September 25, 2021.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       February 26, 2021
                     New York, New York