**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ITHACA CAPITAL INVESTMENTS I S.A., et al.,

                            **Plaintiffs,**

         **-against-**

**TRUMP PANAMA HOTEL MANAGEMENT,**
**LLC, et al.,**

                        **Defendants.**

-----------------------------------------------------------------X

**18-CV-00390 (ER) (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The deadline for fact discovery is extended from May 21, 2021, to July 16, 2021. Expert disclosures under Rule 26(a)(2)(A) are due June 25, 2021. Expert rebuttals are due September 17, 2021. All expert discovery shall be completed by November 6, 2021. Any party wishing to file a motion for summary judgment shall file a pre-motion letter with the Hon. Edgardo Ramos by November 22, 2021.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     April 14, 2021
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 4/14/2021