UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ITHACA CAPITAL INVESTMENTS I, S.A., ITHACA
CAPITAL INVESTMENTS II, S.A., and ORESTES
FINTIKLIS,

                       Plaintiffs-Counterclaim
                       Defendants,

   - against -

TRUMP PANAMA HOTEL MANAGEMENT LLC,
and TRUMP INTERNATIONAL HOTELS
MANAGEMENT, LLC,

                       Defendants-Counterclaim
                       Plaintiffs.
------------------------------------------------------------------x

Case No. 1:18-cv-390 (ER)(SN)

## STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE

Plaintiffs and Counterclaim Defendants Ithaca Capital Investments I, S.A., Ithaca Capital Investments II, S.A. and Orestes Fintiklis, and Defendants and Counterclaim Plaintiffs Trump Panama Hotel Management LLC and Trump International Hotels Management, LLC, by and through their undersigned counsel, being all the parties to the above-referenced action, hereby stipulate, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) and 41(c) to dismiss this action, and all claims and counterclaims asserted therein, with prejudice and without costs, disbursements and fees (including attorney's fees) to any party, and hereby request that the Court enter this stipulation as an Order.

Dated: September 14, 2021

**Stern Tannenbaum & Bell LLP**

_____
Mark S. Lafayette
380 Lexington Avenue
New York, New York 10168
212- 792-8981
mlafayette@sterntannenbaum.com
Attorneys for Plaintiffs and Counterclaim Defendants

**Robert & Robert PLLC**

_____
Clifford S. Robert
526 RXR Plaza
Uniondale, New York 11556
516-832-7000
crobert@robertlaw.com
Attorneys for Defendants and Counterclaim Plaintiffs

**SO ORDERED:**

By: _____
    Honorable Edgardo Ramos
    United States District Judge